**Electronically Filed**
**Supreme Court**
**SCWC-17-0000465**
**11-SEP-2018**
**07:58 AM**

SCWC-17-0000465

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MATTHAN PATTIOAY,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000465; CR. NO. 16-1-1676)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Matthan Pattioay's

application for writ of certiorari filed on August 3, 2018, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 11, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

